> **Motion DENIED.**
>
> This the 11th day of July, 20 16.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

JUL 08 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

ATTN: United States District Court
Eastern District of North Carolina
Western Division

CASE NAME
United States of America
v.
Bryan Jamar Singletary

I was notified that the Federal Public Defender's Office filed a motion to withdraw from my case due to limited appointment of counsel, filed June 23, 2016. I have no trainig as a attorney nor have I ever been educated in law. I have no means in obtaining a lawyer because of my financial state. I respectfully request that this Honorable Court appoint me a Pro Bono attorney to represent me while this case is at bar.

Respectfully Submitted

7/5/2016