> **Motion DENIED.**
>
> This the 5th day of May, 2020.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA (Western Division)

FILED
APR 17 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___JAB___ DEP-CLK

UNITED STATES OF AMERICA

V.   CASE NO. 5:09-cr-00252-FL-3

BRYAN JAMAR SINGLETARY

## Motion For Recommendation Regarding Length of RRC Placement (12 months, 3624(c))

On February 3, 2010 Bryan Jamar Singletary pleaded guilty to 18 U.S.C. § 2113(a)(d)2 and 18 U.S.C. § 924(c)(1)(A)(iii)2. On May 10, 2010 Mr. Singletary was sentenced to 168 months (14 years). See Minute 5/10/10 Entry; [Dkt. 90]. Mr. Singletary's current release date is June 6, 2021.

Mr. Singletary now ask the Court to recommend the Bureau of Prisons (BOP) that he be placed in a Residential Reentry Center (RRC) for the final 12 months of his incarceration, rather than the customary 6 months.